FORM 8. Entry of Appearance                                                                                            Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

AMANDA E. BECKER    v.    OPM

No. 2016-1365

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Amanda E. Becker
                              Name of party

I am, or the party I represent is (select one):

☒ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Todd F. Flood |
| Law Firm: | Flood Law PLLC |
| Address: | 401 N. Main Street |
| City, State and Zip: | Royal Oak, MI 48067 |
| Telephone: | (248) 547-1032 |
| Fax #: | (248) 547-0140 |
| E-mail address: | tflood@floodlaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): pending

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 8, 2016    Signature of pro se or counsel /s/ Todd F. Flood

cc: Veronica N. Onyema

Reset Fields