NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMANDA E. BECKER,**
*Petitioner*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2016-1365

---

Petition for review of the Merit Systems Protection Board in No. CH-0831-15-0280-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Amanda E. Becker's unopposed motion for a 30-day extension of time to file her opening brief, until May 7, 2016,

IT IS ORDERED THAT:

The motion is granted to the extent that Ms. Becker's opening brief is due no later than May 9, 2016.

                                              FOR THE COURT

                                              <u>/s/ Daniel E. O'Toole</u>
                                              Daniel E. O'Toole
                                              Clerk of Court

s25